```
                          United States Bankruptcy Court
                           Northern District of Ohio
In re:                                                             Case No. 13-14308-aih
Alex Salerno                                                       Chapter 13
Samantha Salerno
        Debtors              CERTIFICATE OF NOTICE
District/off: 0647-1          User: nbrow              Page 1 of 2                  Date Rcvd: Aug 19, 2013
                              Form ID: 140             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2013.
22529892     +Jefferson Capital Systems LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 21, 2013**          Signature:     _Joseph Speetjens_

```
District/off: 0647-1           User: nbrow                  Page 2 of 2                  Date Rcvd: Aug 19, 2013
                               Form ID: 140                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2013 at the address(es) listed below:
          Craig H Shopneck    ch13shopneck@ch13cleve.com,  cshopneck13@ecf.epiqsystems.com
          LeAnn E. Covey    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York
           bknotice@johndclunk.com
          William J Balena    on behalf of Debtor Samantha  Salerno docket@ohbksource.com
          William J Balena    on behalf of Debtor Alex  Salerno docket@ohbksource.com
                                                                                                     TOTAL: 4

United States Bankruptcy Court
Northern District Of Ohio
**Notice of Filing Deficiency**

**To:** Creditor, Johnathan Kirby  **Case Number:** 13–14308–aih

**Debtor(s):** Alex Salerno  **Judge:** ARTHUR I HARRIS
Samantha Salerno

**The items marked below are deficient and must be corrected by September 3, 2013, or this matter may be referred to the Judge for further consideration.**

☐ Affidavit needs: ☐ notary seal/stamp/commission expiration ☐ signature ☐ county/state

☐ Attachments/Exhibits: ☐ not filed ☐ incorrect or not relevant to filing

☐ Attorney name block is missing, or does not include attorney's full name, firm, address, telephone number, and attorney registration number.

☐ Case: ☐ closed ☐ dismissed ☐ transferred

☐ Certificate of Service indicating name, address of parties served, and the date of service was not filed.

☐ Document: ☐ case# incorrect ☐ caption incorrect ☐ Judge incorrect

☐ ECF event used is incorrect. ☐ Resubmit the document using the correct code. See the ECF Search Menu.

☐ Employee income records and/or proof of no income received 60 days preceding case filing were not filed.

☐ Fee due in the amount of $ ☐ Fee deleted by the filer. Resubmit the pleading and pay the fee.

☐ Hearing: ☐ notice not filed ☐ time, date, and/or location are incorrect

☐ Installment Application: ☐ dates incorrect ☐ fee incorrect ☐ exceeds 120 day limit

☐ Official Form 23 must be filed, or the case may be closed without the discharge order.

☐ Order Captioned:

  ☐ returned via E–Orders ☐ must be uploaded in E–Orders

  ☐ filed before hearing; resubmit after hearing (unless agreed) ☐ requires amendments as noted by Judge

  ☐ does not fully reflect hearing results on the docket ☐ agreed order must be signed by all parties

  ☐ Motions for relief from co–debtor stay and orders granting such relief must include co–debtor's name in caption and first paragraph to give appropriate notice to co–debtor.

  ☐ Relief granted without hearing because the other party did not respond. The order should be default without factual findings.

  ☐ Property is abandoned by trustee rather than the court. Change the language to state that the trustee is directed to abandon the property. Delete any language that the order constitutes abandonment.

☐ Petition: ☐ incorrect Official Form ☐ missing document(s):

☐ Petition for Unclaimed Funds does not comply with LBR 3011–1. Please reference the LBR for guidelines.

☐ Proof of deposit is not attached to the petition (e.g., copy of receipt and attached list of parties entitled to funds; unclaimed funds search web page; or other supporting documents).

☐ Exhibit A is not attached  ☐ Full Tax ID/Social Security Number is not attached to Exhibit A

☐ incorrect identification

☐ Signature must be:  ☐ original  ☐ /S/ signature for  ☐ attorney  ☐ debtor  ☐ creditor

☐ Other Deficient Matter(s):

**Comments/Instructions**
Incorrect version of Proof of Claim filed. Please resubmit with the correct version.

**Deputy Clerk:** /s/N Brown     **Date:** August 19, 2013

**Form:** ohnb140